```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 09879
    STEVEN L FREEMAN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5384


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/22/2008 and was not confirmed.

     The case was dismissed without confirmation 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG        .00           .00           .00
HOUSEHOLD FINANCE        CURRENT MORTG        .00           .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE   20885.00           .00           .00
HOUSEHOLD FINANCE        MORTGAGE ARRE    3948.00           .00           .00
FORD MOTOR CREDIT        SECURED VEHIC        .00           .00           .00
EXXONMOBILE CITI         UNSECURED       NOT FILED          .00           .00
LVNV FUNDING             UNSECURED         560.53           .00           .00
FORD MOTOR CREDIT CORP   UNSECURED       NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS  UNSECURED       NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS    UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED        2066.55           .00           .00
PHARIA LLC               UNSECURED         714.16           .00           .00
UNITED FINANCIAL SERVICE UNSECURED         250.00           .00           .00
WELLS FARGO FINANCIAL IL UNSECURED         298.78           .00           .00
WFNNB VALUE CIYT FURN    UNSECURED       NOT FILED          .00           .00
DARRINE I SMITH          NOTICE ONLY     NOT FILED          .00           .00
LITTON LOAN SERVICING IN NOTICE ONLY     NOT FILED          .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,314.00                     1,010.68
TOM VAUGHN               TRUSTEE                                          87.88
DEBTOR REFUND            REFUND                                          411.96

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,510.52

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                    1,010.68
TRUSTEE COMPENSATION                                 87.88
DEBTOR REFUND                                       411.96
                         ---------------        ---------------
TOTALS                   1,510.52                 1,510.52

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09879 STEVEN L FREEMAN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 09879 STEVEN L FREEMAN